# United States District Court

WESTERN DISTRICT OF WASHINGTON

CHARLES ERIC GERSITZ,

        Plaintiff,

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C11-5085KLS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

√ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT the defendant improperly concluded plaintiff was not disabled, and, therefore, reverses the ALJ's decision and remands this matter for further administrative proceedings.

    November 2, 2011                            WILLIAM M. McCOOL
                                                                Clerk

                                                               By Traci Whiteley, Deputy Clerk